UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
APR 1 9 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. ) |
| DAVID DEAN SMILEY, | ) **4:17CR00176 RWS/PLC** ) |
| Defendant. | ) ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about January 26, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**DAVID DEAN SMILEY,**

the Defendant herein, having been lawfully confined to the custody of the Attorney General or his or her authorized representative by virtue of his conviction in the United States District Court for the Eastern District of Missouri in Case Number 4:15 CR 492 RLW, did knowingly escape from said custody.

In violation of Title 18, United States Code, Section 751(a).

A TRUE BILL

_____
FOREPERSON

CARRIE A. COSTANTIN
Acting United States Attorney

_____
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney